UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:05CR086

JOEL COCKERHAM

FINDING OF NOT GUILTY ONLY BY REASONS OF INSANITY
AND
ORDER OF COMMITMENT

The defendant JOEL COCKERHAM having served notice of an insanity defense upon the government, and counsel for the defense and counsel for the government having agreed to a plea of not guilty by reason of insanity, the Court has carefully considered the psychiatric report from the Federal Medical Center, Butner, North Carolina, as well as the proffered testimony of Dr. Robert G. Lucking and Dr. Angela Walden-Weaver, and the argument of counsel. Having carefully considered the matter, it is the finding of this Court, that the defendant JOEL COCKERHAM is not guilty of the offenses charged in the Indictment, but only be reason of insanity. The defendant is therefore committed forthwith to an appropriate federal medical facility, pursuant to Title 18, United States Code Section 4243(a). It is ordered that a psychiatric or psychological examination of the defendant be conducted, and that a report thereof be filed with this Court, as required by 18 U.S.C. Section 4243(b). Pursuant to 18 U. S. C. Sections 4247(b) and (c), said evaluation should specifically address whether JOEL COCKERHAM is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

The United States Marshal Service is hereby ordered to transport the defendant JOEL COCKERHAM to that medical facility designated by the United States Bureau of Prisons, and the psychiatric examination herein ordered shall be conducted within forty (40( days of the date of this Order, unless otherwise directed by further order of the Court.  Following said evaluation, the defendant shall be returned to the Northern District of Mississippi so that a hearing can be conducted pursuant to Title 18, United States Code Section 4243(c) and (d) and 4247(d).

**SO ORDERED AND ADJUDGED**, this the 13th day of July, 2006.

                                         **/s/ Michael P. Mills**
                                         **UNITED STATES DISTRICT JUDGE**